**Henry ANJOFEI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–2289.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2010.

Decided: July 23, 2010.

Kevin M. Tabe, Law Offices of Kevin M. Tabe, P.C., Greenbelt, Maryland, for Petitioner. Tony West, Assistant Attorney General, Leslie McKay, Assistant Director, Jason Wisecup, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Petition dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Anjofei, a native and citizen of Cameroon, seeks review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's decision denying relief from removal. We have reviewed the administrative record and conclude that Anjofei's challenge to the adverse credibility finding and his procedural due process claim were not properly exhausted before the Board, and thus are not subject to review. *See* 8 U.S.C. 1252(d)(1) (2006). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED.*